UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Case No. 20-43833

RAMONA ROWSEY,                                            Chapter 7

           Debtor.                              Judge Thomas J. Tucker
_____/

## ORDER DISMISSING CASE

On September 8, 2017, the Debtor filed a voluntary petition for relief under Chapter 13, commencing Case No. 17-52685. On December 15, 2017, the Court entered an Order dismissing that case and barring the Debtor from filing another bankruptcy petition "unless and until the Debtor first pays in full the $310.00 filing fee owing for this case" (Docket # 30 in Case No. 17-52685, the "Dismissal Order"). Despite this, on March 13, 2020, the Debtor filed a voluntary petition for relief, under Chapter 7, commencing this case. Because the Debtor has not yet paid the overdue filing fee for her prior case, the Debtor's filing of this case was in violation of the bar in the Dismissal Order. For this reason,

IT IS ORDERED that this case is dismissed.

**Signed on March 16, 2020**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge